# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **JENNY WARNER** | **CIVIL ACTION NO. 14-cv-983** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **AEROFRAME SERVICES, LLC, ET AL.** | **MAGISTRATE JUDGE KAY** |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after independent review of the record, a *de novo* determination of the issues, consideration of the objections filed (which provided no new bases for objection), and having determined that the findings are correct and made under applicable law,

**IT IS ORDERED** that the Report and Recommendation is hereby **ACCEPTED and ADOPTED**. The Court now supplements its ruling on subject matter jurisdiction as set forth in the Report and Recommendation issued and adopted by the Court in 2016 (Record Documents 39 and 44) to incorporate into the finding that the Court does have subject matter jurisdiction for the reasons set forth in the Report and Recommendation issued and adopted by the Court in the related case of Ashford v. Aeroframe Services, LLC, et al., ("Ashford 2") bearing docket number 19-cv-610. See 19-cv-610, Record Documents 62 and 69. The initial denials of remand in this matter are now supplemented to include the reasons for denial in Ashford 2 as if those reasons and that judgment adopting the reasons were reproduced in this matter in their entirety.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of August, 2020.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE