UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MICHAEL ASHFORD** | : | **CIVIL ACTION NO. 19-cv-610** |
| | | **c/w/ 14-cv-983, 14-cv-984,** |
| | : | **14-cv-985, 14-cv-986, 14-cv-987,** |
| | | **14-cv-988, 14-cv-989, 14-cv-990,** |
| | : | **14-cv-991, 14-cv-992, 14-cv-2323,** |
| **VERSUS** | | **14-cv-2324, 14-cv-2325, and** |
| | : | **14-cv-2538** |
| | : | **JUDGE DONALD E. WALTER** |
| **AEROFRAME SERVICES, LLC, ET. AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 111] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment [Doc. 92] filed by Aviation Technical Services, Inc. ("ATS"), be **GRANTED** in part and **DENIED** in part. The motion is denied as to ATS's request that all claims of all plaintiffs against defendant Aeroframe Services, LLC.be dismissed. With respect to the remainder of the motion, it is

**ORDERED, ADJUDGED, AND DECREED** that all claims of **ALL PLAINTIFFS** in these consolidated cases**, AEROFRAME SERVICES, LLC,** and **ROGER PORTER** against **AVIATION TECHNICAL SERVICES, INC.,** be and the same are hereby **DISMISSED** with prejudice, all costs to be assessed to the parties whose claims have been dismissed. The "All

Plaintiffs" against whom judgment is rendered are identified by consolidated case number and name as:

| | |
|---|---|
| 14-cv-00983 | Jenny Warner |
| 14-cv-00984 | Lawrence Adams, Timothy Cowan, Joseph Debartola, Kathleen Debartola, Karen W. DeJean, Eric Drayton, Frank Hayes, Diana D. Pena, Gerald K. Rather, Tracy Reed, and Allison Williams |
| 14-cv-00985 | Don Boring, Emily Grimmett, Jay Abbott, Ronnie Orgeron, and Nathan M. Scalisi |
| 14-cv-00986 | Timothy Cleaves, Michael J. Daigle, Mohammad Elbjeirmi, Joseph Hein, Derrick Roberson, Eric Rogillio, and Amy Sarver |
| 14-cv00987 | Keith Cooley, Kouri Donahoo, Donald R. Hebert, Jake Maniscalco, Eric R. Martin, Elmer Dewayne Nick, Jr., Roger Ladell Paris, Jason Soileau, John Upmeyer, Carl Ward, and Jonathan Wilson |
| 14-cv-00988 | Harold J. Gallow, Melissa Lyons, Irma Chapman, Christine Quebodeaux, Dustin Regan, Angella M. Guarjarcle, Sonita Joseph, Jason Fruge, Donald B. Dupre, Kristy David, Robbie W. Ellis, and Clint Thibodeaux |
| 14-cv-00989 | Joey T. Decolongon, Bridgette King, Craig LaFleur, Christopher Meche, Jared Roberson, and Clara Roy |
| 14-cv-00990 | Ronald Blanton, Tom France, Dustin Gilley, Michael Heath, Richard D. Holt, Sean Hudnall, Holly Labove, Robert Lafleur, Michael McCloud, Philip Wells, Ramil Ivan R. Decena, Shirley A. Olivier, Sandra Peak, and Carolyn Manson |
| 14-cv-00991 | Robert Rackard |
| 14-cv-00992 | Michael Ashford (that docket number referred to throughout this proceeding as "*Ashford 1*," predecessor to the docket number in which this judgment is rendered) |
| 14-cv-02323 | Brian Morvant and Gordon St. Germain |

| | |
|---|---|
| 14-cv-02324 | Robert Coley, Morris W. Domingue, Lindsay Halpin, Troy Hayes, Vernon Holzknecht, Simona LaSalle, Alfred Mueller and Richard Theriot |
| 14-cv-02325 | Cory Cogdill, Howard Guillory, Jesse Plumber, and Keith Plumber |
| 14-cv-02538 | Mario Barreda, Myra B. Bourque, Danny Lee Bush, Brendan Callahan, Karen Chasson, Antonio Chavez, Barron Clark, Cynthia Davidson, Darick Davidson, Michael P. Elenbaas, Michael Fontenot, Patrick Gaynor, Judy Marceaux, Kenneth Miller, Geoffrey Omeara, Stephen Robinson, George Santarina, and Franklin K. Welch |

Upon reconsideration of the previous ruling denying plaintiff Michael Ashford's Motion for Summary Judgment [14-cv-992, doc. 85, ruling at doc. 104] and finding that motion should now be **GRANTED,** it is

**ORDERED, ADJUDGED, AND DECREED** that judgment be and it is hereby rendered in favor of **MICHAEL ASHFORD** against **AEROFRAME SERVICES, LLC,** in the amount of **THIRTY-FIVE THOUSAND, TWO HUNDRED AND 0/100 ($35,200) DOLLARS**, with judicial interest thereon from date of judicial demand until paid, representing unpaid wages in the amount of $2,640; a penalty of $23,760; and attorney fees of $8,800.

**THUS DONE AND SIGNED** in Chambers this 9th day of June, 2021.

_____
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**